# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES ZEISSET, Individually and on Behalf of Others Similarly Situated, et al, <br><br>Plaintiffs, <br><br>vs. <br><br>ERIE INSURANCE COMPANY, et al, <br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 21-CV-261-SMY<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Order Dismissing Case (Doc. 44), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: March 29, 2024**

                                                    **MONICA A. STUMP,**
                                                    Clerk of Court

                                                    By: s/Stacie Hurst, Deputy Clerk

**Approved:** _/s/ Staci M. Yandle_

**STACI M. YANDLE**
**United States District Judge**